In the Matter of the Claim of GEORGES DOUYON, Respondent. GANNETT SATELLITE INFORMATION NETWORK, INC., Doing Business as JOURNAL NEWS, Appellant; COMMISSIONER OF LABOR, Respondent. [21 NYS3d 642]—Appeals from two decisions of the Unemployment Insurance Appeal Board, filed August 13, 2014, which ruled, among other things, that Gannett Satellite Information Network, Inc. is liable for additional unemployment insurance contributions based on remuneration paid to claimant and others similarly situated.

Decisions affirmed. No opinion.

Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decisions are affirmed, without costs.